UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

JAMES OREHOSKY,                                          }
ON BEHALF OF HIMSELF AND                                 }
ALL OTHERS SIMILIARLY SITUATED,                          }
                                                         }
                              Plaintiff,                 }          Civil Action, File No.
            v                                            }          2:17-cv-7326
                                                         }
SUNRISE CREDIT SERVICES INC.,                            }
                                                         }
                              Defendant.                 }

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses the present action against Defendant.


/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107