UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | | |
|---|---|---|
| JAMES OREHOSKY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILIARLY SITUATED, | } } } } | |
| Plaintiff, | } } | Civil Action, File No. 2:17-cv-7326 |
| v | } } | |
| SUNRISE CREDIT SERVICES INC., | } } } | |
| Defendant. | } | |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the present action against Defendant.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107

Case closed.
SO ORDERED.
/s/ JMA, USDJ
9/10/2018